# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

TONI FLAD ROSSI

VERSUS

ANTHONY ROSSI

NO.  2020 CW 0554

**JULY 2, 2020**

---

In Re:    Toni Flad Rossi, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 201611187.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT GRANTED.** The trial court's June 16, 2020 order which granted ex parte temporary sole custody of E.R. to Anthony Joseph Rossi and ordered Toni Flad Rossi to have supervised visitation with E.R. is vacated. The request for ex parte relief by Anthony Joseph Rossi did not sufficiently assert specific facts that immediate and irreparable injury will result to the child before Toni Flad Rossi or her attorney could be heard in opposition. See La. Code Civ. P. art. 3945. While this court would ordinarily remand this matter with instructions that a hearing be conducted as soon as possible, it is unable to do so at this time due to the pending motion to recuse, which must be resolved prior to further hearings herein.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT